IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

| | | |
|---|---|---|
| GLENFORD OLANDO SILPOT | | PLAINTIFF |
| v. | Case No. 2:16-CV-02034 | |
| GREG NAPIER, Fort Smith Police Department, Narcotics Unit; ERIC FAIRLESS, Detective, Fort Smith Police Department, Narcotics Unit; FORT SMITH POLICE DEPARTMENT, Narcotics Department; ROBERT McCLURE, Prosecutor for Sebastian County; JUDGE TABER, Sebastian County, Criminal Division | | DEFENDANTS |

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims against Defendants Robert McClure and Judge Taber are DISMISSED WITH PREJUDICE, and this matter is otherwise DISMISSED WITHOUT PREJUDICE.

IT IS SO ADJUDGED this 26th day of October, 2016.

/s/ P. K. Holmes, III
HON. P. K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE